**Fernando M. SMITH, Plaintiff—Appellant,**

v.

**FEDERAL BUREAU OF PRISONS; Kathleen Hawk Sawyer, Director; Harley Lappin, Regional Director; R.D. Glancy, Regional Office; Harrell Watts, National Appeals; General Counsel for Federal Bureau of Prisons; Bobby Shearin, Warden; B.G. Compton, Warden; Mr. Bogdan, Associate Warden; Mrs. Bright, Systems Manager; Mr. McGorty, Food Service Administrator; Mr. Servoss, Assistant Food Service Administrator; Mr. Most, Assistant Food Service Administrator; Mr. Golub, Case Manager; Ms. Geyer, Case Manager; Officer Gambrel, Mailroom; Officer Livengood, Food Service; Officer Shiffer, Food Service; Officer Bittinger, Food Service, Defendants—Appellees.**

No. 05–6601.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 3, 2005.

Decided: Nov. 17, 2005.

Fernando M. Smith, Appellant Pro Se. Larry David Adams, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Before LUTTIG and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

* *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Fernando M. Smith appeals the district court's order denying relief on his *Bivens* * complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Smith v. Federal Bureau of Prisons,* No. CA–04–2021–8–AW (D.Md. Feb. 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*